## N THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL CUETO FLORES ET AL. <br> ON BEHALF OF THEMSELVES <br> AND ALL OTHERS SIMILARY SITUATED <br><br> Plaintiff(s) <br><br> v. <br><br> CE RENTAL., INC., ET AL. <br><br> Defendant(s) | * <br> * <br> * <br> * <br> * <br> * <br> * Case No: 1:19cv00053 <br> * <br> * <br> * <br> * |

*********************************************************************

### AFFIDAVIT OF SERVICE

I, Keron Cruz, hereby certify that I am over the age of eighteen (18) and not an attorney for Plaintiff in the above entitled case. On January 16, 2019, I caused service on CE Rental, Inc. by mailing a copy of the Complaint and Summons to Corporation Service Company 1090 Vermont Avenue, NW Washington, DC 20005 by certified mail number 7017-0190-0000-1608-5245. *See* Signed Certified Mail Receipt attached as **Exhibit 1**.

I swear and affirm under the penalties of perjury that the foregoing is true and correct and from firsthand knowledge.

_2/7/19_  
Date

_/s/ Keron Cruz_  
Keron Cruz

# EXHIBIT 1

Paul Cueto Flores

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

1/16/19

7017 0190 0000 1608 5245

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$ 7.83

Sent To CE Rental, Inc. Attn: Corporation Service Company
Street and Apt. No., or PO Box No. 1090 Vermont Avenue, NW
City, State, ZIP+4® Washington, DC 20005

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CE Rental, Inc.
   Attn: Corporation Service Company
   1090 Vermont Avenue, NW
   Washington, DC 20005

   9590 9402 3268 7196 2677 06

2. Article Number (Transfer from service label)
   7017 0190 0000 1608 5245

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                           ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Jordan Moms                   1/22/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED JAN 24 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt