N THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PAUL CUETO FLORES ET AL.  \*
ON BEHALF OF THEMSELVES  \*
AND ALL OTHERS SIMILARY SITUATED  \*
             \*
  Plaintiff(s)      \*
             \*
  v.           \*  Case No: 1:19cv00053
             \*
CE RENTAL., INC., ET AL.    \*
             \*
  Defendant(s)     \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE

  I, Keron Cruz, hereby certify that I am over the age of eighteen (18) and not an attorney for Plaintiff in the above entitled case. On January 16, 2019, I caused service on Capital Rentals, Inc. by mailing a copy of the Complaint and Summons to Corporation Service Company 1090 Vermont Avenue, NW Washington, DC 20005 by certified mail number 7017-0190-0000-1608-5238. *See* Signed Certified Mail Receipt attached as **Exhibit 1.**

  I swear and affirm under the penalties of perjury that the foregoing is true and correct and from firsthand knowledge.

\_\_2/7/19_____         _____
Date                  Keron Cruz

# EXHIBIT 1

